IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
LAMANUEL LAMAR KING,            )
                                )
            Petitioner,         )
                                )
    v.                          )       1:23-cv-568
                                )
UNITED STATES OF AMERICA,       )
                                )
            Respondent.         )
```

### ORDER

On July 25, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

The court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action be filed, and is hereby, **DISMISSED WITHOUT PREJUDICE** to Petitioner filing a new petition that corrects the defects of the current Petition.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 22nd day of September, 2023.

                                                                         */s/ William L. Osteen, Jr.*
                                                                         United States District Judge